# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 11 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Alexander J Brady

**Plaintiff**

vs.

Jeffrey Lower
Brodie Oberle
Brandon Reese
Ryan Tarby
Aaron Hoffman
Mike Harper
Dave Harper

**Defendant(s)**

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Alexander Jordan Brady

Prison Identification Number: 348108

Current address: 101 S. Capitol Street
Pekin, Illinois 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Jeffrey Lower

Current Job Title: Sheriff

Current Work Address: 101 S. Capitol Street
Pekin, Illinois 61554

Defendant #2:

Full Name: Brodie Oberle

Current Job Title: Deputy Sheriff

Current Work Address: 101 S. Capitol Street
Pekin, Illinois 61554

Defendant #3:

Full Name: Brandon Reese

2

Current Job Title: Deputy Sheriff

Current Work Address: 101 S. Capitol Street
Pekin, Illinois 61554

Defendant #4:

Full Name: Ryan Tarby

Current Job Title: Captain, Criminal Investigations Division

Current Work Address: 101 S Capitol Street
Pekin, Illinois 61554

Defendant #5:

Full Name: Aaron Hoffman

Current Job Title: Jail Operations Supervisor

Current Work Address: 101 S. Capitol Street
Pekin, Illinois 61554

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

Defendant # 6
    Mike Harper
    Jail Superintendent
    101 S. Capitol Street
    Pekin, Illinois 61554

Defendant # 7
    Dave Harper
    Deputy Jail Superintendent
    101 S. Capitol Street
    Pekin, Illinois 61554

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   __Not Docketed / assigned a Case Number at this time__

   2. Basic claim made __Lack of Proper medical treatment__

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Still Pending__

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☒

If your answer is no, explain why not __Events did not occur within the facility__

C. Is the grievance process completed?   Yes ☐   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Methodist Carle Hospital, Peoria IL, Tazewell Co. Courthouse

Date(s) of the occurrence: 3/8/2025, 4/1/2025

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On or about 3/8/2025 while in the custody of Deputies Oberle and Reese of the Tazewell County (Illinois) Sheriffs office, I, Alexander Brady, was informed that personal smart phone, a Iphone 15 pro was being seized and a warrant would be applied for so that said phone would be searched.

I was transported by Deputy Oberle to the Tazewell County Jail, where due to my mental state Jail staff refused to accept me.

Deputy Oberle then waited for Deputy Reese in the parking lot of the Tazewell County Justice Center.

Upon Deputy Reeses arrival they began transporting my person to the Methodist Carle hospital in Deputy Oberle's squad car. Within a short period of time my mental state worsened to the point that Deputy Oberle pulled over and waited for an ambulance to transport me to the hospital.

5

Upon arrival at the hospital I was placed in the secure area of Behavioral health.

At this time Deputies Oberle and Reese performed a warrantless search of my smart phone, saying that I gave consent. Due to my mental state I have little to no memory of this time. I was involuntarily admitted.

I allege that due to my mental state and my person being under the influence of Marijuana that I did not have the ability to legally give consent at that time.

Also during this time I was strip searched by a female hospital staff member and I notified Deputies Oberle and Reese that I wanted to file a Prison Rape Elimination Act (Prea) Complaint against them.

On or about 4/1/2025 I was placed under arrest by Deputy Reese at the Tazewell County Courthouse. Deputy Reese then transported my person to the Tazewell County Jail in his squad car. Deputy Reese failed/refused to seat belt me in over my objections putting my person at unnecessary risk during the transport to the jail. Deputy Reese also refused me the ability to file a complaint against him.

While in the Holding Section of the Jail I notified C/O Stocke that I would like to file a Prea Complaint.

C/O Stocke notified Sgt Hoffman who had me shackled in a waist belt and ankle shackles over my objections Due to A.D.A. accomodations.

Upon arrival in a Interview room I requested that another witness be present due to the fact that I felt my personal safety may be threatened. Sgt Hoffman then refused to take my complaint and had me moved back to booking.

Sgt Hoffman then went to DSS Harper to explain the situation, and they then went to JS Harper to inform him who said he would notify Captain Tarby.

Date unknown, but approx. 30 days after 4/19/2025 I notified C/O S. VonDerHeide of Sgt Hoffmans Refusal to take the complaint. She also failed as a Mandatory reporter to take my complaint. On 6/15/25 I spoke with Sgt Mark Wulf about this situation, he stated he would take care of it.

DSS Harper on 6/17/25 then took my complaint, and it was investigated and found to be "unfounded" by Capt. Tarby on 7/8/25 months after my initial complaint.

## RELIEF REQUESTED

(State what relief you want from the court.)

1. To have any evidence that related to the warrantless search of my Smart Phone Suppressed/Dismissed
2. Be Compensated for the mental anguish caused By Deputy Obule and Deputy Reese
3. Some form of sanctions from the court against all County employees involved in the refusal to take my Prea Complaint
4. Be Compensated for the fear of my Safety and Security while in Custody Due to the Mishandling of a Prea Complaint.
5. Any other relief the court deems Appropriate

**JURY DEMAND**    Yes ☒    No ☐

Signed this __3__ day of __August__, 20__25__.

_____
( Signature of Plaintiff )

| Name of Plaintiff: Alexander J Brady | Inmate Identification Number: 348108 |
|---|---|
| Address: 101 S. Capitol Street | Telephone Number: 309-478-5600 |

8

O/ Alexander Brady
Tazewell County Justice Center
101 South Capitol Street
Pekin, Illinois 61554

This correspondence is from an inmate of the Tazewell County Jail.

United States District Court
Central District of Illinois
Attn. Clerk of the Court
100 N.E. Monroe Street
Room 309
Peoria, Illinois 61602

Privileged Mail